AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

J & J Sports Productions, Inc.



**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

**RMW**

V.

Jose Chavez, Angela Chavez, Robert Seiji Toyofuku and Elizabeth Jacqueline Gray, individually and d/b/a Papasito's Sports Bar & Grill; Papasito's Sports Bar & Grill, Inc., an unknown business entity d/b/a Papasito's Sports Bar & Grill

**C08  03060  RS**

TO:

Jose Chavez
2115 St. Francis Drive
Palo Alto, CA 94303

Angela Chavez
2115 St. Francis Drive
Palo Alto, CA 94303

Robert Seiji Toyofuku
2115 St. Francis Drive
Palo Alto, CA 94303

Elizabeth Jacqueline Gray
2115 St. Francis Drive
Palo Alto, CA 94303

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY

Thomas P. Riley, SBN 194706
Law Offices of Thomas P. Riley, P.C.
First Library Square
1114 Fremont Avenue
South Pasadena, CA 91030-3227
Tel: (626) 799-9797
Fax: (626) 799-9795

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

RICHARD W. WIEKING

JUN 2 4 2008

CLERK

DATE

Tiffany Salinas-Harwell

(BY) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me [1] | |
| Name of SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

- ☐ Served Personally upon the Defendant. Place where served: ...............................................
  ...............................................

- ☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and .....
  discretion then residing therein.
  Name of person with whom the summons and complaint were left

- ☐ Returned unexecuted:

- ☐ Other *(specify):*

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____          _____
                    Date                                                Signature of Server

                                                                        _____
                                                                        Address of Server

(1)   As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.