1  Thomas P. Riley, SBN 194706
   LAW OFFICES OF THOMAS P. RILEY, P.C.
2  First Library Square
   1114 Fremont Avenue
3  South Pasadena, CA 91030-5227

4  Tel: 626-799-9797
   Fax: 626-799-9795
5  TPRLAW@att.net

6  Attorney for Plaintiff
   J & J Sports Productions, Inc.

7

                    UNITED STATES DISTRICT COURT
8                          FOR THE
                   NORTHERN DISTRICT OF CALIFORNIA
9

10 J & J SPORTS PRODUCTIONS, INC.,        Case No. C08 03060 RMW RS

11
                    Plaintiff,            CERTIFICATION AS TO
12                                        INTERESTED PARTIES

13                  vs.

14 JOSE CHAVEZ, ANGELA CHAVEZ,
   ROBERT SEIJI TOYOFUKU and
15 ELIZABETH JACQUELINE GRAY,
   INDIVIDUALLY and d/b/a PAPASITO'S
16 SPORTS BAR & GRILL; and
   PAPASITO'S SPORTS BAR & GRILL,
17
   INC., an unknown business entity d/b/a
18 PAPASITO'S SPORTS BAR & GRILL,

19
                    Defendants.
20

21     The undersigned, counsel of record for Plaintiff, J & J Sports Productions, Inc., certifies that
22 the following listed parties have a direct, pecuniary interest in the outcome of this case. These
23 representations are made to enable the Court to evaluate possible disqualification or recusal.

24 ///

25 ///

26 ///

27 ///

28 ///

**PARTIES**

*Plaintiff*, J & J Sports Productions, Inc.
c/o Law Offices of Thomas P. Riley, P.C.
Attention: Thomas P. Riley
First Library Square
1114 Fremont Avenue
South Pasadena, CA 91030-3227

Telephone: (626) 799-9797
Facsimile:  (626) 799-9795

*Defendant*, Jose Chavez, individually and d/b/a Papasito's Sports Bar & Grill

2115 St. Francis Drive
Palo Alto, CA 94303

*Defendant*, Angela Chavez, individually and d/b/a Papasito's Sports Bar & Grill

2115 St. Francis Drive
Palo Alto, CA 94303

*Defendant*, Robert Seiji Toyofuku, individually and d/b/a Papasito's Sports Bar & Grill

2115 St. Francis Drive
Palo Alto, CA 94303

*Defendant*, Elizabeth Jacqueline Gray, individually and d/b/a Papasito's Sports Bar & Grill

2115 St. Francis Drive
Palo Alto, CA 94303

*Defendant*, Papasito's Sports Bar & Grill, Inc., an unknown business entity d/b/a Papasito's Sports Bar & Grill

2115 St. Francis Drive
Palo Alto, CA 94303

Dated: 6/23/08

*[signature: Thomas P. Riley]*

LAW OFFICE OF THOMAS P. RILEY, P.C.
By: Thomas P. Riley
Attorney of Record for
J & J Sports Productions, Inc.